**Order entered April 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00334-CV

### MCLANE COMPANY, Appellant

### V.

### SARAH EWING, INDIVIDUALLY AND ON BEHALF OF MINOR CHILDREN, R.C.M., C.R.M., C.R.M., R.C.M., H.M.E., W.D.E., AND T.M.E., Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01104-D**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Before the Court is appellant's "Motion to Consolidate Mandamus Proceeding and Interlocutory Appeal." Appellant asks the Court to consolidate this appeal with the original proceeding filed March 20, 2019 and docketed as cause number 05-19-00336-CV.

We **GRANT** the motion and **ORDER** cause number 05-19-00336-CV **CONSOLIDATED** into cause number 05-19-00334-CV. We **DIRECT** the Clerk of Court to remove all documents from cause number 05-19-00336-CV and refile them in cause number 05-19-00334-CV and to treat cause number 05-19-00336-CV as a closed case. We **ORDER** that all future pleadings be filed in and bear only cause number 05-19-00334-CV.

Our records show that the reporter's record has been filed in this case and the clerk's record, which was due to be filed on March 30, 2019, has not been filed. On April 3, 2019, the Clerk of this Court notified the parties and the Dallas County Clerk that the Clerk's Record is past due and must be filed within ten days of the date of the April 3, 2019 notice. Appellant's brief in this case must be filed within twenty days after the Clerk's Record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief in this case must be filed within twenty days after appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b). We **DIRECT** appellee to include in her appellee's brief in this case her response, if any, to the petition for writ of mandamus.

/s/     LESLIE OSBORNE
        JUSTICE